

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00484-CV

———————————————

IN THE ESTATE OF ANDREW JACKSON, DECEASED

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. 21P171

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellants' brief was due on February 18, 2025. On March 4, 2025, we notified appellants that their brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellants filed with the court an appellants' brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellants have failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellants must pay all costs of this appeal.

Per Curiam

Delivered:  March 27, 2025